UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ROBERT F. WOODLEY, *individually and*
*on behalf of all others similarly situated*,

                      Plaintiff,                    20 **CIVIL** 2357 (ER)

        -against-                    **JUDGMENT**

DAVID M. WOOD, KERI CROWELL,
and QUENTIN R. HICKS,,

                      Defendants.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 11, 2022, and Memo Endorsed Order Dated February 14,2022, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            February 14, 2022

                                                              RUBY J. KRAJICK

                                                                Clerk of Court
                                           **BY:**
                                                                Deputy Clerk